L.J., By and Through her next friend and parent, D.V–C. and D.V–C., Plaintiffs–Appellants,

v.

W.W.J. and Vigilant Insurance Company, Garnishee, Defendants–Respondents.

No. ED 76760.

Missouri Court of Appeals, Eastern District, Division Three.

April 25, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 2000.

Application for Transfer Denied Aug. 29, 2000.

Kenneth A. Leeds, Clayton, for appellant.

Martin J. Buckley, St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Plaintiffs, L.J., by and through her next friend and parent D.V.C., and D.V.C. individually, appeal from the trial court's judgment quashing their equitable garnishment against Defendant, Vigilant Insurance Company. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only,

---

setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b)(5) and deny Defendant's motion to dismiss the appeal.